AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ZENANA A. COOMBS

                                    **SUMMONS IN A CIVIL CASE**

V.

GALE A. NORTON, SECRETARY
U.S. DEPARTMENT OF THE INTERIOR

                       CASI

CASE NUMBER   1:05CV01410

JUDGE: Gladys Kessler

DECK TYPE: Employment Discrimination

DATE STAMP: 07/15/2005

TO: (Name and address of Defendant)

Attorney General Alberto Gonzales
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jonathan C. Puth
Webster, Fredrickson & Brackshaw
1775 K Street, N.W.
Suite 600
Washington, D.C. 20010

an answer to the complaint which is served on you with this summons, within ____sixty (60)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      JUL 15 2005

CLERK                                        DATE

*(signature)*
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 7/25/2005 |
| NAME OF SERVER (PRINT) Yvette Molajo | TITLE Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served via Certified Mail pursuant to Rule 4(i)(1) of the Federal Rules of Civil Procedure. See attached Return Receipt.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7/29/05
              Date

Signature of Server: Yvette M. Molajo

Address of Server: 1775 K Street, NW, Suite 600
Washington, DC 20006

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.