UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
:
Zenana A. Coombs,                           :
        Plaintiff,                      :
:
v.                                                     : Civil Action No. 05-1410 (GK)
:
Gale Norton, Secretary,                    :
United States Department of the Interior, :
:
        Defendant.                     :
_____:

## ANSWER

Defendant Gale Norton, Secretary United States Department of the Interior, by and through her undersigned counsel, hereby answers the Complaint filed by Plaintiff Zenana Coombs, as follows.  Any allegation not specifically admitted shall be deemed denied.

### First Defense

No right of trial by jury exists for claims asserted pursuant to Religious Freedom and Restoration Act.

### Second Defense

In response to the numbered paragraphs of the Complaint, Defendant admits, denies or otherwise avers as follows:

1.      The Defendant is without knowledge or information sufficient to form a belief as to the truth of the facts alleged in the first sentence of this paragraph.  The second sentence is

      admitted, but SCEP enrollees are considered to be temporary employees and do not have permanent status as employees in the Federal government. Even if an individual successfully completes the SCEP program, the Agency does not guarantee that individual a non-competitive conversion to a permanent position.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

10. Admitted only as to those allegations relating to Plaintiff's termination from her position.

11. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the facts alleged in this paragraph.

12. Admitted.

13. Admitted.

14. Denied. Plaintiff worked as both an Office Automation Clerk and as a Photographic/Media Assistant during her temporary employment with the Agency.

15. Denied.

16. Admitted.

17. Denied, but the Defendant admits that Plaintiff did not videotape the event on Saturday, September 5, 2003.

18. Denied.

19. Admitted.

20. The first sentence is admitted. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the facts alleged in the second sentence.

21. Denied.

22. Admitted.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Admitted.

30. This statement does not require a response because it is not a factual allegation. To the extent an answer may be deemed required, Defendant incorporates her responses to paragraphs 1-29 above.

31. Denied.

32. Denied.

33. This statement does not require a response because it is not a factual allegation. To the extent an answer may be deemed required, Defendant incorporates her responses to paragraphs 1-32 above.

34. Denied.

35. Denied.

36. Denied.

37. This statement does not require a response because it is not a factual allegation.To the extent an answer may be deemed required, Defendant incorporates her responses to paragraphs 1-36 above.

38. Admitted.

39. Denied.

40. Denied.

41. This statement does not require a response because it is not a factual allegation.To the extent an answer may be deemed required, Defendant incorporates her responses to paragraphs 1-40 above.

42. Denied.

43. Denied.

44. Denied.

The remaining allegations, including sub-paragraphs 1 through 7 constitute Plaintiff's prayer for relief and as such require no answer. Insofar as a response is required,

Defendant denies that Plaintiff is entitled to the relief requested or to any relief whatsoever. Defendant further avers that any compensatory damages award would be subject to and limited by 42 U.S.C.§ 1981a. Except to the extent expressly admitted or qualified above, Defendant denies each and every allegation in the Complaint.

WHEREFORE, the Defendant respectfully requests that the Court dismiss the Complaint with prejudice, deny any and all relief requested therein, and for such other and further relief as this Court deems just and proper.

Respectfully,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

_____
BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. B Civil Division
Washington, D.C.  20530
(202) 514-7238;(202) 514-8780 (Facsimile)
 Benton.Peterson@usdoj.gov

Page -5-

Of Counsel:
Anjali Kumar Schruefer
D.C. Bar No. 434928
Personnel Litigation and Civil Rights Branch
Division of General Law
Office of the Solicitor
United States Department of the Interior
1849 C Street, N.W., Mail Stop 7308
Washington, D.C.  20240
Phone: (202) 208-6848
Fax: (202) 208-3230