UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Zenana A. Coombs, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-1410 (GK) |
|  | : Judge Gladys Kessler |
| Gale Norton, Secretary, | : |
| United States Department of the Interior, | : |
| Defendant. | : |

**JOINT MOTION TO RESCHEDULE STATUS CONFERENCE**

The parties, by and through counsel, hereby respectfully request that the status conference in the above-referenced matter, currently scheduled for December 20, 2005, at 9:30 a.m., be rescheduled until after the parties have had a full opportunity to work with the mediator assigned to this matter. The grounds for this motion are as follows:

Due to the appointment of new agency counsel to this case, pre-existing conflicts of counsel, and the mediator's unavailability from mid-December through mid-January, and after consultation among the parties and the mediator, it has been determined that January 26, 2006 would be the optimal first opportunity to meet in mediation in this matter. The parties respectfully request that the status conference be moved from December 20, 2006 until February 14, 2006.

## CONCLUSION

For the foregoing reasons, the parties urges this Honorable Court to grant this joint motion to reschedule the December 20, 2005 status conference in this matter to a date on or around February 14, 2006.

Respectfully submitted,

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Jonathan C. Puth, #439241 | KENNETH L. WAINSTEIN, # 451058 |
| WEBSTER, FREDRICKSON & BRACKSHAW | United States Attorney |
| 1775 K Street, N.W. | _____/s/_____ |
| Suite 600 | R. CRAIG LAWRENCE, # 171538 |
| Washington, D.C. 20006 | Assistant United States Attorney |
| (202) 659-8510 | |
| | _____/s/_____ |
| | BENTON G. PETERSON, WI Bar # 1029849 |
| | Assistant United States Attorney |
| | 555 4th Street, N.W. |
| | B Civil Division |
| | Washington, D.C. 20530 |
| | (202) 514-7238 |