UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZENANA A. COOMBS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GALE A. NORTON, ) <br> SECRETARY, ) <br> U.S. DEPARTMENT OF THE INTERIOR, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 05-1410 (GK) <br> Judge Gladys Kessler |

**NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF**

THE CLERK OF THE COURT will please enter the appearance of Rosy L. Lor as counsel for Plaintiff Zenana A. Coombs. Ms. Lor is a member in good standing of the Bar of this Court.

Respectfully submitted,

WEBSTER, FREDRICKSON & BRACKSHAW

_____/s/_____
Rosy L. Lor  #494549
1775 K Street, N.W.
Suite 600
Washington, D.C. 20006
(202) 659-8510

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 19th day of December, 2005, a copy of the foregoing Notice of Appearance of Counsel for Plaintiff was sent by first class mail, postage prepaid, and transmitted electronically to:

Benton G. Peterson, Esq.
Assistant United States Attorney
555 4th Street, N.W.
B Civil Division
Washington, D.C.  20530

                     /s/
                  Rosy L. Lor  #494549
                  1775 K Street, N.W.
                  Suite 600
                  Washington, D.C. 20006
                  (202) 659-8510