UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZENANA A. COOMBS,<br><br>        Plaintiff,<br><br>v.<br><br>GALE A. NORTON,<br>SECRETARY,<br>U.S. DEPARTMENT OF THE INTERIOR,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-1410 (GK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF WITHDRAWAL OF
### COUNSEL FOR PLAINTIFF, ROSY L. LOR, ESQ.

Pursuant to Local Civil Rules of Procedure 83.6(b), the Clerk of the Court will please note the withdrawal of Rosy L. Lor as counsel for Plaintiff Zenana A. Coombs. Jonathan C. Puth, and the law firm of Webster, Fredrickson & Brackshaw, has previously entered an appearance in this matter and will continue to represent Plaintiff Zenana A. Coombs.

Respectfully submitted,

SEEN AND AGREED                           WEBSTER, FREDRICKSON & BRACKSHAW

_Zenana A. Coombs_                             /s/ Rosy L. Lor
Zenana A Coombs                              Rosy L. Lor #494549
Plaintiff                                               Webster, Fredrickson & Brackshaw
                                                            1775 K Street, N.W.
                                                            Suite 600
                                                            Washington, D.C. 20006
                                                           (202) 659-8510

                                                           Counsel for the Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on this 22nd day of March, 2006, a copy of the foregoing Notice of Withdrawal of Counsel for Plaintiff, Rosy L. Lor, Esq. was sent by first class mail, postage prepaid, and transmitted electronically to:

Benton G. Peterson, Esq.
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th Street, N.W., Room E4905
Washington, D.C. 20530

Counsel for Defendant


                                                     /s/ Rosy L. Lor
                                             Rosy L. Lor  #494549
                                             1775 K Street, N.W.
                                             Suite 600
                                             Washington, D.C.  20006
                                             (202) 659-8510

                                             Counsel for Plaintiff