To Whom it May Concern:

I write to provide a reference for Zenana Coombs, former Photographic/Media Assistant in the Regional Communications Office, National Capital Region ("NCR"), of the National Park Service. Ms. Coombs worked with our office during the summer of 2002 and again from June until November 2003. When not with the Communications Office, Zenana had worked in the Office of the Director, Human Resources Management, at NCR since July 1998.

Our pubic information program was designed to represent all NCR activities and to improve internal and external communications throughout the region. As Photographic/Media Assistant, Zenana's work supported the activities of the Regional Communications Office.

Zenana's major duties included providing assistance to the Communications Officer and Regional Photographer, building and maintaining our digital image library, preparing videotaped stories, segments, and presentations, and conducting or directing on-site shoots, among other duties. Altogether, the job involved performance of multiple tasks throughout the office to contribute to the overall operations of the Communications Office. Zenana achieved her performance benchmarks in every rating category. We wish her all the best in her future endeavors.

Sincerely,


Bill Line
Communications Officer